STEPHEN YAGMAN
MARION R. YAGMAN
YAGMAN & YAGMAN & REICHMANN
723 Ocean Front Walk
Venice Beach, California 90291-3270
(310) 452-3200

Attorneys for Plaintiff

Enrd 156

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 23 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2006 FEB 22 PM 3:00
CENTRAL DIST. OF CALIF. LOS ANGELES

ORIGINAL

ENTERED
CLERK, U.S. DISTRICT COURT
FEB 24 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| M. QUINTANA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM J. BRATTON, *et al.*,<br><br>Defendants. | No. Civ.-05-03143-MMM(PJWx)<br><br>**NOTICE OF PLAINTIFF'S DISMISSAL OF HIS CLAIM BASED ON THE TAKING OF HIS MONEY**<br>(02-21-06)<br><br>Judge Margaret M. Morrow<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

Plaintiff dismisses his claim based on the taking of his money from him.

**YAGMAN & YAGMAN & REICHMANN**

By: [signature]
**STEPHEN YAGMAN**



35

## DECLARATION OF SERVICE

I am employed in Los Angeles County, California by a member of the Bar of this Court named at lines 1-3 of page 1 hereof, at whose direction the service declared herein is made, am over the age of 18, am not a party to the within action, and my business address is 723 Ocean Front Walk, Venice, California 90291. On the date set forth on the signature line below, I served the preceding paper, NOTICE OF PLAINTIFF'S DISMISSAL OF HIS CLAIM FOR THE TAKING OF HIS MONEY FROM HIM on all interested parties whose names and whose addresses are listed below the signature line, by either:

1. placing true, unsigned, copies thereof enclosed in sealed envelopes with full postage thereon fully prepaid in the United States mail at Los Angeles, California; or

2. transmitting true, unsigned, copies thereof to interested counsel's facsimile terminal number, and then receiving a facsimile receipt showing receipt thereof by counsel's terminal; or

3. causing a reputable personal delivery messenger service to deliver the envelope described in No. 1, above, as addressed- below. The particular method of service is indicated by a line under the number of the type of service used.

I declare the foregoing to be true under the penalty of perjury at Los Angeles, California on the date stamped on the signature line, below.

02-21-06

SIGNATURE

DATE

SERVICE LIST

Paul Winnemore
6th Floor
200 N. Main St.
L.A., CA 90012